# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

**BANAE UNDERWOOD,**

    **PLAINTIFF,**

**VS.**                                         **CIV. ACT. NO.**

**MARATHON STAFFING, INC.**

    **DEFENDANT**                    **JURY TRIAL DEMANDED**

## EXHIBIT A

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| | AGENCY | CHARGE NUMBER |
|---|---|---|
| | FEPA | 420-2017-00257 |
| | X EEOC | |

_____ and EEOC
State or local Agency, if any

**NAME** (Indicate Mr., Ms., Mrs.)
Banae Underwood

**HOME TELEPHONE** (Include Area Code)
[redacted]

**STREET ADDRESS**    **CITY, STATE AND ZIP CODE**
[redacted]

**DATE OF BIRTH**
[redacted]

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

**NAME**
Marathon Staffing

**NUMBER OF EMPLOYEES, MEMBERS**
Over 15

**TELEPHONE** (Include Area Code)
(205) 854-0026

**STREET ADDRESS    CITY, STATE AND ZIP**
1551 Sterilite Drive, Birmingham, AL 35215

**COUNTY**
Jefferson

**NAME**

**TELEPHONE NUMBER** (Include Area Code)

**STREET ADDRESS    CITY, STATE AND ZIP CODE**

**COUNTY**

**CAUSE OF DISCRIMINATION BASED ON** (Check appropriate box(es))

RACE    COLOR    SEX   HARASSMENT

RELIGION    NATIONAL ORIGIN    RETALIATION

AGE    **XX DISABILITY**

OTHER (Specify)

**DATE FIRST or CONTINUING DISCRIMINATION TOOK PLACE AND DATE LAST DISCRIMINATION TOOK PLACE** (Month/Day/Year):

FIRST:

LAST: September 2016 - ongoing

RECEIVED OCT 27 2016

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s):
**Please see following page for particulars, attached hereto and made a part hereof.**

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

**NOTARY** - (When necessary for State and Local Requirements)

Notary signature

I declare under penalty of perjury that the foregoing is true and correct.

*Banae Underwood* (signature)
**BANAE UNDERWOOD**
Charging Party (Signature)

Date: 10/19/16

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year)
Date: _____

EEOC FORM 5 (Rev. 06/92)

1. I am a disabled person with a diagnosis of mental illness.
2. I commenced employment with Custom Staffing in March 2016.
3. Custom Staffing assigned me to work at the Birmingham Jefferson Civic Center and I provided set-up services for convention halls and other events.
4. During my employment with Custom Staffing, Marathon Staffing took over the staffing contract and hired me and several other of the Custom Staffing employees to work for Marathon Staffing.
5. Marathon Staffing assigned me to work the exact same job duties.
6. Chandrell Gibson was my supervisor when worked at the Birmingham Jefferson Civic Center for Custom Staffing, and she remained my supervisor when I commenced employment with Marathon Staffing.
7. On July 11, 2016, Marathon Staffing commenced its contract with BJCC.
8. On July 11, 2016, I suffered an on-the-job back injury.
9. I reported the on-the-job back injury to Chandrell Gibson. Immediately, Gibson reported my back injury to Marathon Staffing, and specifically to Marathon Staffing's Manager, Rhonda (LNU).
10. Rhonda (LNU) transported me to a workers' compensation doctor.
11. Marathon Staffing's workers' compensation carrier awarded me total temporary disability benefits. I collected those benefits until I was released to return to work.
12. At the conclusion of my workers' compensation release, I contacted Rhonda at Marathon Staffing on a weekly basis to request to be returned to my job duties.
13. Rhonda (LNU) repeatedly told me there was no available work and that she would call me when positions were opened and available.
14. Marathon Staffing is a staffing company that has numerous job openings and turn over at various times.
15. I believe I have been discriminated against because of my disability, mental illness, and my perceived disability of having a back injury that resulted in a worker's compensation claim, in violation of the Amended Americans with Disabilities Act of 2008 and also discharged for filing a workers' compensation claim.

I declare under penalty of perjury that the foregoing is true and correct.

_10/19/16_
Date

_Banae Underwood_
BANAE UNDERWOOD

## AUTHORIZATION

I, Banae Undersood, authorize the disclosure of my charge of discrimination filed with the Equal Employment Opportunity Commission to the person at Marathon Staffing, at the address of 1551 Sterilite Drive, Birmingham, AL 35215.

*Banae Underwood*
BANAE UNDERWOOD

RECEIVED
OCT 27 2016
U.S. EEOC
Birmingham District Office