FILED
2017 Oct-17 PM 12:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| BANAE UNDERWOOD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: |
| ) | 2:17-cv-00511-JHC |
| MARATHON STAFFING, INC., ) | |
| ) | |
| Defendant. ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, Banae Underwood, and Defendant, Marathon Staffing, Inc., by and through their counsel of record, and hereby stipulate to the dismissal of all claims, with prejudice, costs taxed as paid.

/s/ James Michael Cooper
_____
James Michael Cooper
(ASB-6353-P79J; COO037)
Attorney for Defendant, *Marathon Staffing, Inc.*
Porterfield, Harper, Mills, Motlow &
    Ireland, P.A.
22 Inverness Center Parkway, Suite 600
Birmingham, AL  35242
Telephone: (205) 980-5000
Facsimile: (205) 980-5001
E-mail: jmc@phm-law.com

/s/ Allen D. Arnold
Allen D. Arnold, Esq.
Kira Fonteneau, Esq.
Attorneys for *Plaintiff, Banae Underwood*
Fonteneau & Arnold, LLC
2151 Highland Avenue South, Suite 110
Birmingham, Alabama 35205
Telephone: 205-252-1550
Facsimile: 205-502-4476
E-mail: allen@fonteneauarnold.com
E-mail: kira@fonteneauarnold.com